**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-06-0508 MMC |
| DEMAS WAI YAN, aka DENNIS YAN, | Bankruptcy Case No. 04-33526 TEC |
|     Debtor | Adv. No. 05-03236 |
| _____ | (Consolidated with Adv. No. 05-3257) |
| DEMAS WAI YAN, aka DENNIS YAN, | |
|     Plaintiff | **ORDER OF REFERRAL** |
|   v. | |
| DONG FU, aka TONY FU, et al., | |
|     Defendants | |
| _____ | |
| WEI SUEN, | |
|     Plaintiff | |
|   v. | |
| DEMAS YAN, et al., | |
|     Defendants | |
| _____ | |
| STELLA CHEN, | |
|     Plaintiff | |
|   v. | |
| DEMAS WAI YAN, aka DENNIS YAN, | |
|     Defendant | |
| _____/ | |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to Chief District Judge Vaughn R. Walker for consideration of whether the case is related to Chen v. Yan, et al. (In re Yan), C-06-0363 VRW.

The status conference before the undersigned is continued from April 28, 2006 to May 19, 2006, at 10:30 a.m. A joint status conference statement, setting forth the steps counsel has taken to cause the Clerk of the Bankruptcy Court to transit a copy of the record on appeal to the Clerk of the District Court, shall be filed no later than May 12, 2006. The status conference will stand vacated upon the filing in the District Court of the record on appeal, at which time a briefing schedule will issue.

**IT IS SO ORDERED.**

Dated: April 25, 2006

MAXINE M. CHESNEY
United States District Judge