William Webb Farrer (SBN 95276)
Julie A. Marquis (SBN 178466)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Stella Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA CHEN,<br><br>  Plaintiff,<br><br> v.<br><br>DEMAS WAI YAN aka DENNIS YAN<br><br>  Defendant. | Case No. 3:06-CV-00363-VRW |
| WEI SUEN, an individual,<br><br>  Plaintiff,<br><br> v.<br><br>DEMAS YAN, et al,<br><br>  Defendants. | Case No. 3:06-CV-00508-MMC |
| DEMAS YAN a/k/a DENNIS YAN,<br><br>  Plaintiff,<br><br> vs.<br><br>DONG FU, et al,<br><br>  Defendants. | Case No. 3:06-CV-00509-JSW<br><br>**STIPULATION AND ORDER RE CONSOLIDATED BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE IN CONSOLIDATED BANKRUPTCY APPEALS**<br>**(L.R. 7-11 and 7-12)** |

  Whereas, on May 15, 2006, this Court entered a Related Case Order, a true and correct copy of which is attached hereto as Exhibit A, consolidating that certain bankruptcy appeal entitled *Stella Chen v. Demas Wai Yan* (Appeal No. 06-CV-00363) ("Chen Appeal") with that

1  certain bankruptcy appeal entitled *Wei Suen v. Demas Wai Yan* (Appeal No. 06-CV-00508) ("Suen

2  Appeal") and that certain bankruptcy appeal entitled *Demas Wai Yan v. Stella Chen* (Appeal No.

3  06-CV-00509) ("Yan Appeal"), such that all three appeals are currently pending before the

4  Honorable Vaughn R. Walker in the United States District Court for the Northern District of

5  California (San Francisco);

6        Whereas, prior to the entry of the Related Case Order, on May 9, 2006, this Court

7  issued a Notice of Briefing, a true and correct copy of which is attached hereto as Exhibit B,

8  pertaining to just the Chen Appeal, and requiring that Chen file and serve an appellate brief on

9  June 8, 2006;

10       Whereas, the Notice of Briefing does not set a briefing schedule for the Suen and

11 Yan Appeals or otherwise address those appeals;

12       Whereas, the Notice of Briefing would require the submission of a brief by Chen,

13 the cross-appellant, before the submission of briefing by appellants Yan and Suen;

14       Whereas, all three appeals arise from the Amended Judgment entered on March 3,

15 2006 by the United States Bankruptcy Court for the Northern District of California (San Francisco

16 Division) in the matter captioned *In re Demas Wai Yan, Case No. 04-33526 TEC 11* (the "Yan

17 Bankruptcy Case");

18       Whereas, on May 16, 2006, Janina M. Elder was appointed as the Chapter 11

19 Trustee in the Yan Bankruptcy Case and is currently represented by Reidun Stromsheim of

20 Stromsheim & Associates;

21       Based upon the foregoing, the parties in the above-referenced matters, together with

22 the Chapter 11 Trustee, through their respective counsel, hereby stipulate and respectfully request

23 the following:

24     1. That the Court vacate the briefing schedule set in the Notice of Briefing; in 06-363(Chen Appeal);

25     2. That the Court set a Case Management Conference on a date convenient for

26 the Court to facilitate a discussion between counsel and the Court regarding the status of the

27 consolidated appeals;

28

**STIPULATION AND ORDER RE CONSOLIDATED BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE IN CONSOLIDATED BANKRUPTCY APPEALS (L.R. 7-11 and 7-12)**    (1319\P095.JAM)    2

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100

1      3.    That the Court serve a Notice of Briefing setting a consolidated briefing schedule to address all three appeals;

      4.    That this Court approve this stipulation.

Dated: June 6, 2006      **LAW OFFICES OF MARK J. ROMEO**

By:     /s/
Mark J. Romeo
Attorneys for Demas Wai Yan

Dated: June 5, 2006      **THE LAW OFFICES OF WILLIAM WEBB FARRER**

By:     /s/
William Webb Farrer
Attorneys for Stella Chen

Dated: June 6, 2006      **CORPORATE COUNSEL LAW GROUP**

By:     /s/
John Chu
Attorneys for Wei Suen

Dated: June 6, 2006

/s/
Dong Fu, In *Pro Per*

Dated: June 6, 2006      **STROMSHEIM & ASSOCIATES**

By:     /s/
Reidun Stromsheim
Attorneys for Chapter 11 Trustee
Janina M. Elder

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June _6_, 2006

[SEAL: IT IS SO ORDERED AS MODIFIED — Judge Vaughn R Walker — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Judge of the United States District Court
for the Northern District of California

IT IS FURTHER ORDERED that a Status Conference is scheduled for August 8, 2006 at 9:00 a.m. The Status Conference will stand vacated upon the filing in the District Court of the record on appeal, in appeals No. 06-508(Suen appeal) and No. 06-509(Yan appeal), at which time a consolidated briefing schedule will issue.

LAW OFFICES OF WILLIAM WEBB FARRER
300 MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94104
(415) 765-9100