William Webb Farrer (SBN 95276)
Julie A. Marquis (SBN 178466)
LAW OFFICES OF WILLIAM WEBB FARRER
300 Montgomery Street, Suite 600
San Francisco, California 94104
(415) 765-9100
(415) 765-9109 (fax)

Attorneys for Stella Chen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STELLA CHEN,<br><br>    Plaintiff,<br><br>v.<br><br>DEMAS WAI YAN aka DENNIS YAN<br><br>    Defendant. | Case No. 3:06-CV-00363-VRW |
| WEI SUEN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DEMAS YAN, et al,<br><br>    Defendants. | Case No. 3:06-CV-00508-MMC |
| DEMAS YAN a/k/a DENNIS YAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DONG FU, et al,<br><br>    Defendants. | Case No. 3:06-CV-00509-JSW<br><br>**SECOND STIPULATION AND ORDER RE CONSOLIDATED BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE IN CONSOLIDATED BANKRUPTCY APPEALS**<br>**(L.R. 7-11 and 7-12)** |

Whereas, on May 15, 2006, this Court entered a Related Case Order, a true and correct copy of which is attached hereto as Exhibit A, consolidating that certain bankruptcy appeal entitled *Stella Chen v. Demas Wai Yan* (Appeal No. 06-CV-00363) ("Chen Appeal") with that

certain bankruptcy appeal entitled *Wei Suen v. Demas Wai Yan* (Appeal No. 06-CV-00508) ("Suen Appeal") and that certain bankruptcy appeal entitled *Demas Wai Yan v. Stella Chen* (Appeal No. 06-CV-00509) ("Yan Appeal"), such that all three appeals are currently pending before the Honorable Vaughn R. Walker in the United States District Court for the Northern District of California (San Francisco);

Whereas, on May 16, 2006, Janina M. Elder was appointed as the Chapter 11 Trustee in the Yan Bankruptcy Case (the "Trustee") who is currently represented by Reidun Stromsheim of Stromsheim & Associates;

Whereas, on June 6, 2006, this Court entered an order approving a Stipulation and Order re Consolidated Briefing Schedule and Case Management Conference in Consolidated Bankruptcy Appeals and setting a Case Management Conference for August 8, 2006, a true and correct copy of which is attached hereto as Exhibit B;

Whereas, the Trustee and cross-appellant Stella Chen ("Chen") have entered into a settlement of all issues between them and dismissal of the appeals between them, that is subject to bankruptcy court approval,0 which is set for hearing on July 24, 2006, as more fully set forth in the Notice of Compromise, a true and correct copy of which is attached hereto as Exhibit C;

Whereas the parties to the above-captioned related appeals desire to avoid unnecessary legal expense and believe it would be in their interests to await the bankruptcy court's decision on the Trustee's motion to approve the settlement with Chen;

Based upon the foregoing, the parties in the above-referenced matters, together with the Chapter 11 Trustee, through their respective counsel, hereby stipulate and respectfully request the following:

1. That the Court reschedule the Case Management Conference for a date in September 2006; and

2. That this Court approve this stipulation.

Dated: July 11, 2006            **LAW OFFICES OF MARK J. ROMEO**

By: /s/

**SECOND STIPULATION AND ORDER RE CONSOLIDATED BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE IN CONSOLIDATED BANKRUPTCY APPEALS (L.R. 7-11 and 7-12)**      (1319\P096.WWF)    2

|   |   |
|---|---|
| | Mark J. Romeo |
| | Attorneys for Demas Wai Yan |

**THE LAW OFFICES OF WILLIAM WEBB FARRER**

By:      /s/
        William Webb Farrer
        Attorneys for Stella Chen

**CORPORATE COUNSEL LAW GROUP**

By:      /s/
        John Chu
        Attorneys for Wei Suen

     /s/
Dong Fu, In *Pro Per*

**STROMSHEIM & ASSOCIATES**

By:      /s/
        Reidun Stromsheim
        Attorneys for Chapter 11 Trustee
        Janina M. Elder

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2006

_____
Judge of the United States District Court
for the Northern District of California

IT IS FURTHER ORDERED that the Case Management Conference is reset for Tues., 9/12/06 at 9:00 a.m.

**SECOND STIPULATION AND ORDER RE CONSOLIDATED BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE IN CONSOLIDATED BANKRUPTCY APPEALS (L.R. 7-11 and 7-12)**     (1319\P096.WWF)   3