```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Plaintiff/Appellant
 5  Wei Suen

 6

 7                    UNITED STATES DISTRICT COURT

 8      NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

 9  Stella Chen,                   )  Case No. C-06-00363-VRW
                                   )
10       Plaintiff,                )  Consolidated with:
                                   )
11           v.                    )
                                   )
12  Demas Wai Yan, aka Dennis Yan, )
                                   )
13       Defendant.                )
    _____)
14                                 )
    Wei Suen,                      )  Case No. C-06-00508-MMC
15                                 )
         Plaintiff,                )
16                                 )
             v.                    )
17                                 )
    Demas Yan, et al.              )
18                                 )
         Defendants.               )
19  _____)
                                   )
20  Demas Wai Yan, aka Dennis Yan, )  Case No. C-06-00509-JSW
                                   )
21       Plaintiff,                )  STIPULATION FOR CONTINUANCE OF
                                   )  CASE MANAGEMENT CONFERENCE AND
22           v.                    )  ORDER THEREON
                                   )
23  Dong Fu, aka Tony Fu, et al.   )
                                   )
24       Defendants.               )
    _____)
25

26       Whereas, the appeals in Case Nos. 06-00363 and 06-00509 have

27  been settled and dismissed, and the parties to the remaining

28  appeal (no. 06-00508) appellant Wei Suen and appellee Janina
```

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    1

Elder, the Chapter 11 Chapter Trustee, as successor-in-interest to the rights of the debtor/appellee Demas Yan, jointly requested a 60 day continuance of the case management conference previously set for September 12, 2006 at 9:00 a.m. for the purpose of pursuing further settlement discussions, the parties hereby stipulate by and through their respective counsel of record to the continuance of the case management conference ordered below.

Dated:   9/20/06         /s/ John Chu
                         Corporate Counsel Law Group, LLP
                         By John Chu
                         Attorneys For Appellant Wei Suen


Dated:   9/19/06         /s/ Joanne Lafreniere
                         Stromsheim & Associates
                         By Joanne Lafreniere
                         Attorneys For Chapter 11 Trustee
                         Janina M. Elder

ORDER

Pursuant to the parties' stipulation, the Case Management Conference is reset for Tuesday, November 7, 2006 at 9:00 a.m.

Dated: October 2, 2006
                         _____
                         Vaughn R. Walker
                         United States District Judge

1  I hereby attest that I have on file all holograph signatures
2  for any signatures indicated by a "conformed" signature (/S/)
3  within this efiled document.
4
5  Date:   9/20/06                    /s/ John Chu
          John Chu
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    3