```
 1  CORPORATE COUNSEL LAW GROUP, LLP
    JOHN CHU (#104302)
 2  505 Sansome Street, Suite 475
    San Francisco, CA 94111
 3  Telephone 415-989-5300
    Fax 415-788-4315
 4
    Attorneys For Plaintiff/Appellant
 5  Wei Suen

 6

 7                  UNITED STATES DISTRICT COURT

 8      NORTHERN DISTRICT OF CALIFORNIA--SAN FRANCISCO DIVISION

 9  Stella Chen,                    )   Case No. C-06-00363-VRW
                                    )
10       Plaintiff,                 )   Consolidated with:
                                    )
11       v.                         )
                                    )
12  Demas Wai Yan, aka Dennis Yan,  )
                                    )
13       Defendant.                 )
    _____)
14                                  )
    Wei Suen,                       )   Case No. C-06-00508-MMC
15                                  )
         Plaintiff,                 )
16                                  )
         v.                         )
17                                  )
    Demas Yan, et al.               )
18                                  )
         Defendants.                )
19  _____)
                                    )
20  Demas Wai Yan, aka Dennis Yan,  )   Case No. C-06-00509-JSW
                                    )
21       Plaintiff,                 )   STIPULATION FOR CONTINUANCE OF
                                    )   CASE MANAGEMENT CONFERENCE AND
22       v.                         )   ORDER THEREON
                                    )
23  Dong Fu, aka Tony Fu, et al.    )
                                    )
24       Defendants.                )
    _____)
25

26       Whereas, the appeals in Case Nos. 06-00363 and 06-00509 have

27  been settled and dismissed, and the parties to the remaining

28  appeal (no. 06-00508) appellant Wei Suen and appellee Janina
```

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON         1

1  Elder, the Chapter 11 Chapter Trustee, as successor-in-interest
2  to the rights of the debtor/appellee Demas Yan, jointly requested
3  a 60 day continuance of the case management conference previously
4  set for September 12, 2006 at 9:00 a.m. for the purpose of
5  pursuing further settlement discussions, the parties hereby
6  stipulate by and through their respective counsel of record to
7  the continuance of the case management conference ordered below.

9  Dated:   9/20/06            /s/ John Chu
                               Corporate Counsel Law Group, LLP
10                             By John Chu
                               Attorneys For Appellant Wei Suen

12
13 Dated:   9/19/06            /s/ Joanne Lafreniere
                               Stromsheim & Associates
                               By Joanne Lafreniere
14                             Attorneys For Chapter 11 Trustee
                               Janina M. Elder

16                             ORDER
17      Pursuant to the parties' stipulation, the Case Management
18 Conference is reset for Tuesday, November 7, 2006 at 9:00 a.m.

20 Dated: October 2, 2006      _____
                               Vaughn R. Walker
21                             United States District Judge

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    2

1 |     I hereby attest that I have on file all holograph signatures
2 | for any signatures indicated by a "conformed" signature (/S/)
3 | within this efiled document.
4 |
5 | Date:   9/20/06              /s/ John Chu
                                      John Chu

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ORDER THEREON    3